Livingston CIVIL
JASON B. HARRIS
Kristie Aime
Suit# C-185568 F
E-Filed on: 12/16/24 08:27 AM
Filed on: 12/16/24 08:38 AM
# of Pages:4

Service RK

| | | |
|---|---|---|
| **GEORGE COMBEL** | * | DOCKET NO: 185568  DIV: P |
| **VERSUS** | * | 21ST JUDICIAL DISTRICT COURT |
| DG, LOUISIANA, LLC, d/b/a/ DOLLAR GENERAL CORPORATION | * * * | PARISH OF LIVINGSTON STATE OF LOUISIANA |

FILED: _____          _____
                                                                                    **DEPUTY CLERK**

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **GEORGE COMBEL**, a resident of the full age of majority of the Parish of Livingston, State of Louisiana, who respectfully represents:

1.

Made defendant herein are the following:

1. **DG, LOUISIANA, LLC d/b/a DOLLAR GENERAL CORPORATION**, (hereinafter referred to as **"Dollar General"**) or in alternative, an affiliate thereof, upon information and belief a foreign limited liability company, authorized to do and doing business in the State Of Louisiana, with its agent for service of process being Corporation Service Company, 450 Laurel Street, 8th Floor Baton Rouge, Louisiana 70801

2.

On or about February 16, 2024, **GEORGE COMBEL**, was a patron of **DOLLAR GENERAL**, located at 10394 Arnold Road, Walker, Louisiana 70785.

3.

At the above-mentioned date and after shopping at the **DOLLAR GENERAL**, located at 10394 Arnold Road, Walker, Louisiana 70785 **GEORGE COMBEL** went to the front of the store and checked out.

4.

At the above-mentioned place, **GEORGE COMBEL** with his shopping bags in hand began to exit the store when his foot was suddenly caught on a hazardous, and curled rug at the front door causing him to fall forward onto the ground landing outside of the front door.

5.

**GEORGE COMBEL** never saw or noticed the hazardous, and curled rug on the floor before his foot came in contact with said rug.

6.

As a result of the fall, **GEORGE COMBEL**, sustained injuries and damages.

**EXHIBIT A**

7.

The presence of the curled rug at the front of the store presented an unreasonable risk of harm to patrons, such as **GEORGE COMBEL**, and was a hazardous condition.

8.

At all material times, defendant knew, or in the exercise of reasonable care, should have known, that the rug was curled at the front door.

9.

At all material times, **DOLLAR GENERAL**, through the actions of its employee(s), manager(s), and keyholder(s), had actual or constructive knowledge of the hazardous and curled rug at the front door.

10.

**DOLLAR GENERAL** store associate(s), manager(s), and/or keyholder(s) failed to warn **GEORGE COMBEL** of the hazardous and curled rug at the front door.

11.

The presence of the hazardous and curled rug at the front door of the Dollar General store where Plaintiff was shopping at the time of the incident presented an unreasonable risk of harm to patrons, such as **GEORGE COMBEL**.

12.

**DOLLAR GENERAL** created the hazardous, condition and/or alternatively failed to properly remove the rug from the floor of the Dollar General store where Plaintiff was a patron despite having constructive notice of its presence.

13.

**DOLLAR GENERAL** had a duty to maintain its premises free from hazardous and dangerous conditions.

14.

**DOLLAR GENERAL** breached its duty to maintain its premises free from hazardous and dangerous conditions.

15.

**DOLLAR GENERAL's** failure to inspect and remove the hazardous and curled rug, after having constructive knowledge of its existence was unreasonably dangerous and created an unreasonable risk of harm.

**EXHIBIT A**

16.

The risk of harm to **GEORGE COMBEL** was reasonably foreseeable to **DOLLAR GENERAL**.

17.

**DOLLAR GENERAL** failed to exercise reasonable care in light of their knowledge of the hazardous condition at the front of the store that caused the damages alleged herein.

18.

This incident was caused by the fault of the Defendant, **DOLLAR GENERAL**, in the following non-exclusive respects:

a. By failing to maintain their premises in a safe condition;

b. By failing to warn Plaintiff of the unsafe condition;

c. By failing to place cones or other warning signs to warn patrons such as **GEORGE COMBEL** of the dangerous conditions;

d. By failing to inspect the area and/or to remove such hazards;

e. By failing to follow store policies and procedures regarding customer's safety;

f. By failing to prevent Plaintiff from entering into what defendant knew or should have known was an unsafe area; and

g. By failing to take reasonable steps to prevent the creation of a hazardous condition.

19.

**DOLLAR GENERAL** is vicariously liable for the negligent acts of employees, who are responsible for the maintenance and cleaning of its premises under the theory of *respondeant superior*.

20.

As a result of the incident, plaintiff, **GEORGE COMBEL**, sustained, the following non-exclusive elements of damages:

a. Physical pain and suffering (past, present, and future);

b. Mental anguish (past, present, and future);

c. Loss of enjoyment of life (past, present, and future);

d. Permanent disfigurement, disability, and scarring;

e. Medical expenses (past, present, and future); and

f. Lost Wages and/or Earning capacity (past, present, and future).

**EXHIBIT A**

21.

At all timed relevant hereto, plaintiff, **GEORGE COMBEL**, was acting in a proper and prudent manner and did not cause and/or contribute to his incident.

**WHEREFORE**, plaintiff, **GEORGE COMBEL**, prays that defendant be duly served and cited to appear and answer this Petition, and after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of plaintiff, **GEORGE COMBEL**, and against defendant, **DG, LOUISIANA, LLC d/b/a DOLLAR GENERAL CORPORATION**, jointly and *in solido*, for such damages as are reasonable in the premises, together with legal interest from the date of judicial demand, until paid, plus all costs of these proceedings, and such equitable relief to which plaintiff may be entitled.

BY ATTORNEYS:

**DUDLEY DEBOSIER, APLC**

**COLT J. FORE (#34288)**
1620 S. Range Ave. Suite 200
~~Denham Springs, Louisiana~~ 70726
Telephone: (225) 251-4035
Facsimile: (225) 251-4085
CFore@DudleyDeBosier.com
*Attorneys for Plaintiff*

**PLEASE SERVE THE FOLLOWING:**

**DG LOUISIANA, LLC, d/b/a/ DOLLAR GENERAL CORPORATION**
*Through its registered agent for service of process*:
**CORPORATION SERVICE COMPANY**
450 Laurel Street, 8th Floor
Baton Rouge, Louisiana 70801

21st JUDICIAL DISTRICT
PARISH OF LIVINGSTON, LA
A true copy of the original
this _____ 20__
_____
Deputy Clerk of Court

**EXHIBIT A**